WAYNE TERRACE APARTMENTS v. WAYNE TOWNSHIP
MULTIPLE DWELLING EMERGENCY COMM.

February 11, 1975. Petition for certification denied.

N. J. DEPARTMENT OF CIVIL SERVICE v.
CITY OF NEWARK.

February 11, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT LUEDER.

February 11, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS THURMAN.

February 11, 1975. Petition for certification denied.

EDITH D. BARRAUD v. GREGORY P. MC GARRAHAN.

February 11, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE BENNETT.

February 11, 1975. Petition for certification denied.